IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

CIVIL ACTION NO. 5:06-CV-0056

| | |
|---|---|
| MARY MCCASLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CIGNA HEALTHCARE OF NORTH CAROLINA, INC., a North Carolina Corporation, and TYCO INTERNATIONAL (US), INC., a Massachusetts Corporation, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court upon Motion for Admission *Pro Hac Vice* of Brian D. Black of Ogletree, Deakins, Nash, Smoak & Stewart, P.C..

It appears to the Court that good cause exists to allow the Motion, and the requirements for *Pro Hac Vice* Admission are met; and therefore, the motion is allowed.

**SO ORDERED**.

Signed: September 18, 2006

Carl Horn, III
United States Magistrate Judge